**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| OMARI DALEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 2006/101 |
| | ) | |
| v. | ) | |
| | ) | ACTION FOR DAMAGES |
| HOVENSA, LLC | ) | |
| | ) | (JURY) |
| Defendants. | ) | |
| | ) | |

**ORDER**

**THIS MATTER** having come before the Court on HOVENSA's Motion to Strike Plaintiff's Reply to Opposition to Motion to Reconsider Order Dated August 3, 2007; the Court being fully advised and satisfied in the premises, it is hereby

**ORDERED** that HOVENSA's Motion to Strike is **GRANTED**. It is further,

**ORDERED** that Plaintiff's Reply to HOVENSA's Opposition to Motion to Reconsider Order Dated August 3, 2007 be stricken from the record.

**DONE AND SO ORDERED** this _____ day of _____, 2008.

_____
U.S. District Court Judge